IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RAMONA TWO SHIELDS AND §<br>MARY LOUISE DEFENDER WILSON §<br>Individually, and On Behalf of Others §<br>Similarly Situated §<br>§<br>v. §<br>§<br>THE UNITED STATES § | Case 1:11-cv-00531-LB<br>Hon. Lawrence J. Block |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

In accordance with RCFC 41(a)(1), Plaintiffs Ramona Two Shields and Mary Louise Defender Wilson, and Defendant, the United States, ask this Court to dismiss this lawsuit without prejudice.

Rule 41(a)(1) allows a case to be dismissed without a court order and without prejudice upon the filing of "a stipulation of dismissal signed by all parties who have appeared." RCFC 41(a)(1)(A)(ii).

There have been no rulings on any motions by this Court. The United States currently has pending a motion to dismiss based on 28 U.S.C. §1500, alleging lack of jurisdiction. Plaintiffs have opposed that motion, and filed their own motion for jurisdictional discovery in that regard. The crux of the government's motion is that the plaintiffs in this class action were unnamed class members in *Cobell v. Salazar*, No. 96-cv-1285, which was pending before the District Court of the District of Columbia at the time the complaint in this action was filed on August 25, 2011.

*Cobell* is now final, with the Supreme Court having denied certiorari on October 29, 2012. Without in any way waiving their position that the Section 1500 defense is without merit, Plaintiffs contend that by dismissing the present complaint and then re-filing it, the re-filed

action will not be subject to any argument that the *Cobell* litigation implicates Section 1500. Therefore, a dismissal and subsequent re-filing of the action will promote efficiency and dispense with further motion practice on that issue, and it will permit the Plaintiffs to proceed on the merits of their class action.

The United States agrees to this Joint Motion to Dismiss Without Prejudice.

Accordingly, the parties hereby stipulate to the voluntary dismissal of this case without prejudice.

Dated: February 1, 2013

/s/ Stephen R. Terrell *(by permission)*
Stephen R. Terrell
Trial Attorney
Environmental & Natural Resources
    Section
P.O. Box 663
Washington, DC 20044
Telephone: 202/616-9663
Facsimile: 202/305-0506

*Counsel for the United States*

/s/ Kenneth E. McNeil
Kenneth E. McNeil
Shawn L. Raymond
Charles R. Eskridge III
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: 713/651-9366
Facsimile: 713/654-6666

*Counsel for Plaintiffs
Ramona Two Shields and
Mary Louise Defender Wilson*

## CERTIFICATE OF SERVICE

I hereby certify that this Stipulation of Dismissal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies were sent to registered participants and non-registered participants by first-class mail, email, hand delivery or other proper service on February 1, 2013.

/s/ Charles R. Eskridge III
Charles R. Eskridge III